UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA MENDOZA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MONSANTO COMPANY,<br><br>　　　　　Defendant. | Case No.  1:16-cv-00406-ADA-HBK<br><br>CASE MANAGEMENT AND SCHEDULING ORDER |

The Court telephonically conducted a scheduling conference on March 23, 2023. Attorneys Robin Greenwald, Kristie Hightower and Hunter Lindy appeared on behalf of Plaintiff and Attorney Sandra Edwards appeared on behalf of Defendant. Following a review of the parties' Joint Scheduling Report (Doc. No. 127), the Court enters this Case Management and Scheduling Order (CMSO) pursuant to Fed. R. Civ. P. 16(b).  This CMSO, to the greatest extent possible, uses the dates proposed and/or discussed with the parties during the scheduling conference.

////

////

////

////

**I.   Deadlines and Dates**

| Action or Event | Date |
|---|---|
| Deadline to update and complete Plaintiff's medical discovery. | 06/30/2023 |
| Deadline to complete **all other non-expert and expert discovery**. | 09/22/2023 |
| Deadline for both parties to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 07/28/2023 |
| Deadline for disclosing any expert rebuttal report(s). | 08/18/2023 |
| Deadline to engage in private mediation. | 10/20/2023 |
| Deadline to file joint pretrial statement, and all pre-trial motion(s) including *Daubert*, *in limine*, proposed jury instructions, and verdict form. *See* Local Rules 281, 282. | 11/13/2023 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); *See* Local Rule 280, 281, 282, 283. | 11/27/2023 at 1:30 PM |
| Trial Date | 01/23/2024 at 8:30 AM |

**II.   Discovery**

The parties are bound by the limitations on discovery imposed under the Federal Rules of Civil Procedure and the Court's Local Rules. The Court follows the rule that the completion date means that all discovery must be finished by the deadline set in the Rule 16 Case Management and Scheduling Order. Litigants—by their own agreement—may conduct discovery after the formal completion date but the Court is not inclined to consider discovery disputes after the discovery completion date. In fact, motions to compel filed after the discovery deadline are presumptively untimely and may be denied on that basis alone.

Filing Motions, Deadlines and Hearings

Unless the Court grants prior leave, all moving and opposition briefs or legal

2

memorandum in civil cases before Judge Barch-Kuchta shall not exceed twenty-five (25) pages. Reply briefs by the moving party shall not exceed ten (10) pages. These page limitations do not include exhibits or declarations. Briefs exceeding this page limitation without leave of Court may be stricken or not considered. Counsel may choose to appear telephonically to argue non-dispositive motions before Magistrate Judge Barch-Kuchta, provided they indicate their intent to appear telephonically on their pleadings at least one week before the hearing. The Court's teleconference line is 1-888-204-5984; Access Code 4446176.

Local Rule 230(b) governs the deadlines for a party to file a response and/or a reply to a motion. As a rule, the Court will consider motions based on a review of the papers without oral argument under Local Rule 230(g). If the Court decides a hearing is necessary following review of the record and briefs on file, the Court will set a hearing.

<u>Informal Discovery Conference Prior to Filing Motion to Compel</u>

Prior to filing a discovery motion under Fed. R. Civ. P. 37, a party must receive permission from the Court, which the Court will grant following an informal discovery conference. An informal discovery conference is separate and apart from the Mid-Discovery Conference above.

Please refer to Judge Barch-Kuchta's "Case Management Procedures" included under the "Civil Procedures" tab on this Court's webpage.[1] A party requesting an informal discovery conference should contact Chambers for available dates. The Court will schedule the conference as soon as possible, taking into consideration the urgency of the issue. Before contacting the Court, the parties must meet and confer by speaking in person, over the telephone, or via video conference in attempt to resolve the dispute.

At least 24-hours before the conference, each party shall simultaneously submit a letter brief, outlining their position regarding the dispute. The letter briefs shall be no longer than three (3) pages in length. Letter briefs should not be filed but shall be emailed to Chambers at hbkorders@edca.uscourts.gov.

---

[1] Available at http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/502311/.

The Court will also make itself available by telephone to resolve any disputes that may arise during a deposition. The parties may contact the Courtroom Deputy to request the Court's assistance should the need arise during the deposition.

Motions to Compel

After taking part in the informal discovery conference, the parties must conduct at least one more **telephonic or video** call as part of their obligations to meet and confer in good faith to resolve their discovery dispute prior to seeking judicial intervention. If a party files a motion to compel under Fed. R. Civ. P. 37, the parties must prepare and file a Joint Statement Regarding Discovery Disagreement in compliance with Local Rule 251. Failure to follow Local Rule 251 will result in the Court denying the motion without prejudice and dropping the motion from calendar. In addition to filing a Joint Statement electronically, a copy of the Joint Statement, in Word format, shall also emailed to Chambers at hbkorders@caed.uscourts.gov.

**III.     Settlement Conference** (Local Rule 270)

No later than **October 20, 2023**, the Parties shall engage in mediation before Judge Glenn Norton or Judge Ken Feinberg or another mediator as agreed to by the Parties. Within **seven (7) days** of the mediation's conclusion, Plaintiff must report the result of the mediation and confirm attendance of all required persons at mediation. The substance of the mediation is confidential and no party, lawyer, or other participant may record, or without approval of the Court may disclose any event, including any statement confirming or denying a fact—except settlement—that occurs during the mediation.

If the Parties settle at the mediation, a notice of settlement shall promptly be filed with the Court. *See* Local Rule 160(a). Dispositional documents are due **no more than twenty-one (21) days** from the filing of the notification, absent good cause. *See* Local Rule 160(b).

**IV.     Pre-Trial Conference Date**

The Pre-Trial conference is set for **Monday, November 27, 2023, at 1:30 PM,** in Courtroom 1 before United States District Judge Ana de Alba. The parties are ordered to file a **Joint Pretrial Statement pursuant to Local Rule 281(a)(2) no later than November 13, 2023.** The parties are further directed to submit a digital copy of their Pretrial Statement in Word

format, directly to Judge de Alba's chambers by email at adealba.orders@caed.uscourts.gov. Counsels' attention is directed to **Rules 281 and 282 of the Local Rules** for the Eastern District of California, as to the obligations of counsel in preparing for the pre-trial conference. The Court will insist upon strict compliance with those rules. In addition to the matters set forth in the Local Rules, the Joint Pretrial Statement shall include a Joint Statement of the Case to be used by the Court to explain the nature of the case to the jury during voir dire.

**V.    Trial Date**

Trial is set for **Tuesday, January 23, 2024, at 8:30 AM,** in Courtroom 1 before United States District Judge Ana de Alba.

A. This is a JURY trial.

B. Counsels' Estimate of Trial Time: 20-24 Days.

C. Counsels' attention is directed to Local Rule 285 for the Eastern District of California.

**VI.  Effect of This Order**

This CMSO represents the best estimate of the Court and parties as to the schedule most suitable for this case. The dates in this Order are firm and will not be modified absent a showing of good cause even if the request to modify is made by stipulation. Stipulations extending the deadlines will not be considered unless they are accompanied by affidavits or declarations, and where appropriate, attached exhibits, which establish good cause for granting the relief requested. The failure to comply with this Order may result in the imposition of sanctions.

Dated:    March 24, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE