# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA MENDOZA,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MONSANTO COMPANY,<br><br>　　　　　Defendant. | Case No. 1:16-cv-00406-ADA-HBK<br><br>ORDER GRANTING EXTENSION TO EXPERT DEADLINES IN CASE MANAGEMENT AND SCHEDULING ORDER<br><br>(Doc. No. 138) |

　　　　On July 27, 2023, the Parties filed a stipulated motion requesting that the expert deadlines set forth in the March 24, 2023, Case Management and Scheduling Order be extended. (Doc. No. 138). The Court will grant the Parties' stipulated motion to extend the expert deadlines.

　　　　ACCORDINGLY, it is ORDERED:

1. The deadline for both Parties to disclose expert report(s) shall be extended from July 28, 2023 to **October 1, 2023;**

2. The deadline for either Party to disclose expert rebuttal reports shall be extended from August 18, 2023 to **October 14, 2023;**

3. The deadline to complete expert depositions and expert discovery shall be extended from September 22, 2023 to **November 1, 2023**.

4. The Parties otherwise remain bound to follow all procedures and deadlines previously set forth in the Court's the March 24, 2023, Case Management and Scheduling Order (Doc. No. 136).

Dated: July 28, 2023

*Helena M. Barch-Kuchta*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE