UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA MENDOZA,<br><br>            Plaintiff,<br><br>     v.<br><br>MONSANTO COMPANY,<br><br>            Defendant. | Case No.  1:16-cv-00406-KES-HBK<br><br>ORDER TO PROVIDE NOTICE OF WHETHER PARTIES WISH SETTLEMENT CONFERENCE<br><br>DEADLINE: NOVEMBER 1, 2024 |

On October 22, 2024, the Parties participated in an informal discovery dispute hearing. (Doc. No. 172).  During the hearing the Court offered the parties an opportunity to engage in a final settlement conference before the undersigned.[1]  The Parties agreed to discuss whether a settlement conference would be fruitful but wish to preserve the current pre-trial and trial dates.

Accordingly, it is ORDERED:

**No later than November 1, 2024** the Parties shall provide notice if they wish to engage in a settlement conference.

Dated:  October 23, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] *See* Local Rule 270(b).  The Parties may request the settlement conference bot be conducted by the undersigned.